No, 2,825.—STATE EX REL. ALBERT H. JONES ET AL., RE-
LATORS, v. THE DISTRICT COURT OF THE SECOND
JUDICIAL DISTRICT ET AL., RESPONDENTS.

Original application for writ of mandate.

Decided January 3, 1910.

PER CURIAM.—The relators' petition for a peremptory writ
of mandate herein, having been presented to the court by their
counsel, and respondents having made no appearance, it is
ordered, after due consideration, that a peremptory writ of man-
date issue to the Honorable Michael Donlan, District Judge,
directing him to require William Hardcastle, the stenographer
of said court, to proceed forthwith to prepare and deliver to the

relators or their counsel a true and correct copy of the testimony and all other proceedings had during the trial of relators, in so far as they appear in the notes of said stenographer.

*Messrs. Clayberg, Maloney & O'Flynn,* for Relators.